ROBERT J. BERENS, ESQ.
MANN, BERENS & WISNER, LLP
3300 N. CENTRAL AVENUE, SUITE 2400
PHOENIX, AZ 85012

MARK BEUKER
6873 E. KELTON LN
SCOTTSDALE, AZ 85254

COPPERSTATE NUT & BOLT
17023 N. BLACK CANYON HWY
PHOENIX AZ 85023

ACACIA METALS
9203 N. 9TH AVE.
PHOENIX AZ 85021

DANIEL MONDACA
4702 N. 58TH AVE
PHOENIX AZ 85031

GREEN OAKS BUILDING & REMODELING
2130 GREEN OAKS CIRCLE
ROUND ROCK TX 78664

ACCENT NETWORKS
6625 S. VALLEY VIEW STE. 236
LAS VEGAS NV 89118

FERNANDO MONTANEZ
5995 N. 48TH ST
GLENDALE AZ 85301

GUARANTEED DOOR SERVICE, INC
5861 N 55TH AVE
GLENDALE AZ 85301

ACI DISTRIBUTION
1513 NORTH A STREET
LAS VEGAS NV 89106

MIGUEL MONTANEZ
3701 W. VILLA MARIA DR
GLENDALE AZ 85308

GULF-ARIZONA PACKAGING
CORPORATION
PO BOX 2420
HUNTINGTON BEACH CA 92657

AKRON HARDWARE CONSULTANTS, INC
PO BOX 76087
CLEVELAND OH 44101

JAMES MURRAY
5806 OTTENHOME DR
AUSTIN TX 78738

HAGER COMPANIES
139 VICTOR STREET
ST. LOUIS MO 63104

ALAVIE HOME BUILDERS LTD.:WSC-
183/DJURIC ENTRY
5530 S. ELM ST
HINSDALE IL 60521

ANTONIO NAVARRO-GONZALEZ
1518 W. COLTER #2
PHOENIX AZ 85015

HOME DEPOT CREDIT SERVICES, THE
DEPT 32-2502825684
PO BOX 6031
THE LAKES NV 88901-6031

AMERICAN EXPRESS
P. O. BOX 650448
DALLAS TX 75265-0448

GILBERTO PARRA
3402 N. 60TH AVE
PHOENIX AZ 85033

HUMANA INSURANCE CO.
PO BOX 0859
CAROL STREAM IL 60132-0859

AMERICAN HARDWOODS
1401 EAST HADLEY
PHOENIX AZ 85034

TRAVIS PERRY
16918 W. LUNDBERG ST
SURPRISE AZ 85388

INDUSTRIAL METAL
8300 SAN FERNANDO RD
SUN VALLEY CA 91352

APS
PO BOX 2906
PHOENIX AZ 85062

MATTHEW POBST
971 E RANCH ROAD
GILBERT AZ 85296

INTERMEX MANUFACTURA DE
CHIHUANHUA
CALLE 2A. NO. 4
CENTRO HISTORICO

ARCH ALUMINUM & GLASS CO. INC.
1825 S. 43RD AVE
PHOENIX AZ 85009

MARC POORTINGA
16434 N. 106TH PL
SCOTTSDALE AZ 85255

INTUITIVE
PO BOX 673720
DETROIT MI 48267-3720

| | | |
|---|---|---|
| ARIZONA CLASSIC HOMES:ISC-539<br>11445 E. VIA LINDA STE.2<br>SCOTTSDALE AZ 85259 | CALVIN ROATH<br>16061 W. EVANS DR<br>SURPRISE AZ 87359 | IT SYSTEMS<br>2400 W. MEDTRONIC WAY, #4<br>TEMPE AZ 85281 |
| ARIZONA WIRING<br>HC6 BOX 1412<br>PAYSON AZ 85541 | LEOP RODRIGUEZ-VILA<br>50 NORTH 21ST APT 61<br>LAS VEGAS NV 89101 | JAN-PRO CLEANING SYSTEMS OF ARIZONA<br>4001 E. BROADWAY ROAD STE. B-15<br>PHOENIX AZ 85040 |
| ASHLEY NORTON INC.<br>PO BOX 374<br>POMPTON PLAINS NJ 07444 | OSCAR SAGASTUME<br>8747 N 28TH AVE<br>PHOENIX AZ 85051 | JLLT FINISH CARPENTRY LLC<br>6377 W. TONOPAH DRIVE<br>GLENDALE AZ 85308 |
| ASHLEY P. DESIGNS, LLC:WPX-0078/GREENSPAN HARDWARE<br>15679 N 83RD WAY<br>SCOTTSDALE AZ 85260 | FAUD SALAK<br>5301 W. JESSICA LN<br>LAVEEN AZ 85339 | KATES TECHNOLOGY<br>14682 N. 74TH STREET STE.125<br>SCOTTSDALE AZ 85260 |
| ASHLEY P. DESIGNS, LLC:WPX-0080/GREENSPAN ENTRY<br>15679 N 83RD WAY<br>SCOTTSDALE AZ 85260 | JASON SANTA CRUZ<br>4949 W. NORTHERN AVE #267<br>GLENDALE AZ 85301 | KVAL<br>825 PETALUMA BLVD SO.<br>PETALUMA CA 94952 |
| ASTRO PLASTICS<br>14101 INDUSTRIAL PARK BLVD NE<br>COVINGTON GA 30014 | MARIBEL SUAREZ<br>6402 W. HUGHES<br>PHOENIX AZ 85043 | LABOR READY SOUTHWEST, INC<br>PO BOX 1205<br>CHANDLER AZ 85244-1205 |
| AT & T<br>PAYMENT CENTER<br>SACRAMENTO CA 95887 | JULIAN SUDANO<br>19 ATLANTIC CITY<br>GROVER BEACH CA 93433 | LAIRD PLASTICS<br>301 E. WATKINS<br>PHOENIX AZ 85004 |
| AZNORTH DEVELOPMENT:WPX-0019 - BREWSTER, TOM<br>2410 E ROUTE 66<br>FLAGSTAFF AZ 86004 | BRANDON SUDEITH<br>3833 W. BLUEFIELD AVE<br>GLENDALE AZ 85308 | TREND HOMES:ISC-383<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| BANK OF AMERICA<br>PO BOX 60073<br>CITY OF INDUSTRY 91716-0073 | JUAN VELAZQUEZ<br>5039 N. 57TH AVE #259<br>GLENDALE AZ 85301 | TREND HOMES:ISC-389<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| BAY PUBLISHING COMPANY<br>395 DEL MONTE CENTER, #103<br>MONTEREY CA 93940 | RAMON VERDUGO<br>10379 W. DANA LN<br>AVONDALE AZ 85323 | TREND HOMES:ISC-394<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |

| | | |
|---|---|---|
| WHEELER CONSTRUCTION:ILR-160<br>3365 EAST MIRALOMA AVE #207<br>ANAHEIM CA | JOSE COTA-RENTERIA<br>6208 N. 36TH DR<br>PHOENIX AZ 85019 | MARILYNN WEINREICH<br>9540 E. VOLTAIRE DRIVE<br>SCOTTSDALE AZ 85260 |
| ZIMMERMAN, CHERI:WPR-139/HARDWARE ONLY<br>2300 EL PORTAL DRIVE #57<br>BAKERSFIELD CA 93309 | BERINGER FINE HOMES:WPX-0043/LOT 101 ENTRY-WINE ROOM<br>14976 N 100TH WAY<br>SCOTTSDALE AZ 85260 | JESUS WONG<br>4640 N. 84TH DRIVE<br>PHOENIX AZ 85037 |
| BOB'S BUG BIZZ<br>8081 W CAMINO DE ORO<br>PEORIA AZ 85383 | HUMBERTO YANEZ<br>2709 N. 90TH AVE<br>PHOENIX AZ 85037 | BILL'S GLASS CO.<br>21017 67TH AVE W.<br>LYNNWOOD WA 98036 |
| DAWN BONNELL<br>3033 W. PATRICK LN<br>PHOENIX, AZ 85027 | CRATERS & FREIGHTERS<br>1522 W. TODD DRIVE C-103<br>TEMPE AZ 85283 | INNOVATIVE WINE CELLAR DESIGNS:ISC-448<br>8340 E. RAINTREE DR B-9<br>SCOTTSDALE AZ 85260 |
| LAURA BRANDON<br>4725 E. BROWN RD #19<br>MESA AZ 85208 | DELTANA ENTERPRISES, INC.<br>10820 NW 29 STREET<br>MIAMI FL 33172 | INTERIORS MD:ISC-513<br>6502 E. CAMINO DE LOS RANCHOS<br>SCOTTSDALE AZ 85254 |
| BSA - BUSINESS SOLUTIONS INC<br>1700 WEST 10TH PLACE<br>TEMPE AZ 85281 | DESERT CUTTING TOOLS, INC.<br>2643 NORTH 37TH DRIVE<br>PHOENIX AZ 85009 | INTERIORS MD:ISC-527-1<br>6502 E. CAMINO DE LOS RANCHOS<br>SCOTTSDALE AZ 85254 |
| BUSINESS LEADERSHIP DEVELOPMENT CORP, THE<br>13835 N TATUM BLVD, STE. 9-102<br>PHOENIX AZ 85032 | DIANE'S CLEANING SERVICE<br>2235 E FLAMINGO RD, STE 103<br>LAS VEGAS NV 89119 | INTERIORS MD:ISC-527-2<br>6502 E. CAMINO DE LOS RANCHOS<br>SCOTTSDALE AZ 85254 |
| JOSE CASTANEDA<br>1304 E BELL ROAD #65<br>PHOENIX AZ 85022 | DOORFRAMER/AGRICLIP<br>561 CRESTFIELD CIRCLE<br>ROSEVILLE NY 95678 | INTERIORS MD:ISC-527-3<br>6502 E. CAMINO DE LOS RANCHOS<br>SCOTTSDALE AZ 85254 |
| ANTONIO CASTELLANOS<br>3529 W. MARSHALL AVE<br>PHOENIX AZ 85019 | JUDAS ESPINOZA<br>7653 W HIGHLAND<br>PHOENIX AZ 85033 | JERRY HILLARD CUSTOM HOMES: ISC-439-1<br>12594 E. LAUREL LANE<br>SCOTTSDALE AZ 85259 |
| ARMANDO CASTELLANOS<br>3529 W. MARSHALL AVE<br>PHOENIX AZ 85019 | HUGO GAMERO<br>6712 N. 67TH AVE #106<br>GLENDALES AZ 85301 | JM DEMORE BUILDERS LLC:IPX-521-1<br>1606 W WHISPERING WIND DR.<br>PHOENIX AZ 85085 |

| | | |
|---|---|---|
| CENTRAL PLASTIC & RUBBER CO.<br>5418 SOUTH 25TH STREET<br>PHOENIX AZ 85040 | JAVIER GARCIA-ONTIVEROS<br>7007 W INDIAN SCHOOL RD #1209<br>PHOENIX AZ 85033 | JM DEMORE BUILDERS LLC:IPX-521-2<br>1606 W WHISPERING WIND DR.<br>PHOENIX AZ 85085 |
| CHASE WESTERN CUSTOM CABINETS<br>879 DEMING WAY<br>SPARKS NV 89413 | ERIN GORT<br>31007 N. 67TH STREET<br>CAVE CREEK AZ 85331 | JM DEMORE BUILDERS LLC:WPX-173/TROON LOT 5286<br>1606 W WHISPERING WIND DR.<br>PHOENIX AZ 85085 |
| CITIES WEST PUBLISHING, INC.<br>8501 E. PRINCESS DRIVE STE.190<br>SCOTTSDALE AZ 85255 | HENRY GUNDERSON<br>12231 N. 19TH STREET APT 247<br>PHOENIX AZ 85022 | JML CONSTRUCTION INC.:WSC-179<br>17038 W. BRIDLINGTON LANE<br>SURPRISE AZ 85374 |
| CLARK SECURITY PRODUCTS<br>PO BOX 31001-1195<br>PASADENA CA 91110 | BENJAMIN HANCE<br>852 JORDAN AVE, APT A<br>LOS ALTOS CA 94022 | JOHNSON, SANDY:ISC-489<br>2909 W BELMONT AVE<br>PHOENIX AZ 85051 |
| CLYDE HARDWARE<br>4808 N. 15TH STREET<br>PHOENIX AZ 85014-3772 | ROBERT HASTINGS<br>9538 E. NAVARRO<br>MESA AZ 85209 | JOHNSON, SANDY:WSC-177/GUEST HOUSE<br>2909 W BELMONT AVE<br>PHOENIX AZ 85051 |
| CONSTANTIN SERBU<br>17613 N. 55TH DRIVE<br>GLENDALE AZ 85308 | SOTERO LEBRES<br>1024 W. VOGEL #2<br>PHOENIX AZ 85021 | JON RAMSEY CONSTRUCTION:WPR-101/MCALLISTER ENTRY |
| JAMES COOK<br>18214 N. 1ST PLACE<br>PHOENIX AZ 85022 | RAMON LEDESMA<br>11000 N. 91ST AVE #74<br>PEORIA AZ 85345 | JON RAMSEY CONSTRUCTION:WPR-103/NETTESHEIM |
| EMTEK PRODUCTS, INC<br>15250 E. STAFFORD ST<br>INDUSTRY CA 91744 | MANUEL LOPEZ<br>3315 N. 81ST AVE<br>PHOENIX AZ 85033 | JR MCDADE CO.:ISC-512-1<br>15250 N HAYDEN RD<br>SCOTTSDALE AZ 85260 |
| ENGLUND EQUIPMENT COMPANY<br>PO BOX 250<br>CASHION AZ 85329 | ROBERTO MARTINEZ<br>50 NORTH 21ST APT 61<br>LAS VEGAS NV 89101 | JR MCDADE CO.:ISC-512-2<br>15250 N HAYDEN RD<br>SCOTTSDALE AZ 85260 |
| ENKEBOLL DESIGNS<br>16506 AVALON BLVD.<br>CARSON CA 90746 | JAY MCCARTY<br>875 E. SILVERADO RANCH #1036<br>LAS VEGAS NV 89183 | LESLIE, BRAD & PEG:ISC-488<br>2915 PEBBLE BEACH<br>FLAGSTAFF AZ 86004 |

ESCHELON TELECOM, INC.
2600 N CENTRAL AVE STE.500
PHOEINX AZ 85004

MARTHA MEDINA
4429 MIRADOR DR
AUSTIN TX 78735

MCCARTY, MARTI:ISC-454
11141 E. GREENWAY RD
SCOTTSDALE AZ 85255

ESTES EXPRESS LINES
PO BOX 25612
RICHMOND VA 23260-5612

MICHAEL MEDINA
4429 MIRADOR DR
AUSTIN TX 78735

MCGOWAN, TANYA & RYAN:L-001
6506 58TH AVE E
PAYALLUP WA 98371

FEDERAL EXPRESS
20204 N. 27TH AVE
PHOENIX AZ 85027

RUBEN MENDEZ
3136 W. VOLTAIRE AVE
PHOENIX AZ 85029

MCHALE, PAUL & CINDY:ISC-507-1
421 E. MOUNTAIN SAGE DR.
PHOENIX AZ 85048

FERRELLGAS
3111 NW GRAND AVE
PHOENIX AZ 85017

NEWMAN JOLLY:IPX-476
8281 E. EVANS RD. #104
SCOTTSDALE AZ 85260

MCHALE, PAUL & CINDY:ISC-507-2
421 E. MOUNTAIN SAGE DR.
PHOENIX AZ 85048

FIDELITY (SIMPLE IRA)

NEWMAN JOLLY:ISC-533
8281 E. EVANS RD. #104
SCOTTSDALE AZ 85260

MERLIN CONTRACTING &
DEVELOPING:WLV-114/LAUB
RESIDENCE/SHUTTERS
6408 ARVILLE STREET
LAS VEGAS NV 89118

FRAZEE
DEPT #2510
LOS ANGELES CA 90084-2510

NEWMAN JOLLY:ISC-534
8281 E. EVANS RD. #104
SCOTTSDALE AZ 85260

MERLIN CONTRACTING &
DEVELOPING:WLV-115/LAUB
RESIDENCE/COMMONS/SHUTTERS
114/LAUB RESIDENCE/SHUTTERS
6408 ARVILLE STREET
LAS VEGAS NV 89118

G2 OFFICE FURNITURE
841 E JEFFERSON
PHOENIX AZ 85034

NOBLE BUILDERS:IPR-487
P.O BOX 14621
SAN LUIS OBISPO AZ 93406

MERLIN CONTRACTING &
DEVELOPING:WLV-116/LAUB
RESIDENCE/FOLLY/SHUTTERS
114/LAUB RESIDENCE/SHUTTERS
6408 ARVILLE STREET
LAS VEGAS NV 89118

GRAINGER
2002 W. ROSE GARDEN LANE
PHOENIX AZ 85027-2620

NOBLE BUILDERS:WPR-151/ENTRY
P.O BOX 14621
SAN LUIS OBISPO AZ 93406

MERLINO CONSTRUCTION CO. INC.:WPX-
142/POOL HOUSE
2500 W HIGGINS RD. STE. 1005
HOFFMAN ESTATES IL 60169

PACIFIC PENINSULA:WPR-106/HERMOSA
PROJECT
10415 DOUBLE R. BOULEVARD

NOBLE BUILDERS:WPR-152/DOOR PKG
P.O BOX 14621
SAN LUIS OBISPO AZ 93406

MERLINO CONSTRUCTION CO. INC.:WPX-
143/HARDWARE
2500 W HIGGINS RD. STE. 1005
HOFFMAN ESTATES IL 60169

PEARCE CONSTRUCTION, INC.:ILV-456
RENO NV 89521

NORTHLAND WINDOWS:WPX-149/RESEK-
FOREST HIGHLANDS
113 E PHOENIX AVE #1
FLAGSTAFF AZ 86001

MIRABAL, GABRIEL & KELLY:ISC-440-1
3932 BAYHILL LP.
RIO RANCHO NM

| | | |
|---|---|---|
| PEDERSON CUSTOM HOMES:ISC-564<br>7845 E GELDING DR<br>SCOTTSDALE AZ 85260 | O'CONNELL, JAMES:WSC-176<br>810 N. PARKCREST CIRCLE<br>MESA AZ 85205 | MODERN BUILDERS:ILA-188 |
| PIPER, CHARLES:ISC-517<br>PO BOX 207 | O'HANIAN, KATHLEEN & PAUL:ISC-447-1<br>5670 N 74TH PLACE<br>SCOTTSDALE AZ 85254 | MODERN BUILDERS:ILA-R187 |
| PIRZADA, ZEB:WPR-0024 - PIRZADA RESIDENCE<br>LOCKWOOD CA 93932 | O'HANIAN, KATHLEEN & PAUL:ISC-447-2<br>5670 N 74TH PLACE<br>SCOTTSDALE AZ 85254 | MTO CONTSTRUCTION:ISC-430-1 |
| PREMIER COMMUNITIES:WSC-157<br>6506 58TH AVE E.<br>PUYALLUP WA 98371 | OSTER CONSTRUCTION, INC:WAU-192/EXTERIOR<br>15710 "L" STREET<br>OMAHA NE 68135 | NEW HORIZON CUSTOM HOMES:ISC-526<br>14300 N. NORTHSIGHT BLVD. STE. 116<br>SCOTTSDALE AZ 85260 |
| ROOT, LISA:ISC-548 | SUN BELT CONSTRUCTION:ISC-443-1 | SCHELL BROTHERS/ECHELON CUSTOM HOMES:INT-463<br>55 CASCADE LANE<br>REHOBOTH BEACH DE 19971 |
| SCHATZ HOMES:WAU-158<br>23526 W. HWY 71<br>SPICEWOOD TX 78869 | SUN BELT CONSTRUCTION:ISC-443-2 | SHARON WOODWARD:WSC-168<br>34623 N. 99TH WAY<br>SCOTTSDALE AZ 85262 |
| LOUIS AND COMPANY<br>2110 E. RAYMOND ST STE B-2<br>PHOENIX AZ 85040 | SUN VALLEY MASONRY, INC.:ISC-446-1<br>10828 N. CAVE CREEK ROAD<br>PHOENIX AZ 85020 | PAYCHEX<br>5353 N. 16TH STREET STE.200<br>PHOENIX AZ 85016 |
| LUMBER PRODUCTS<br>6920 W. ALLISON RD<br>CHANDLER AZ 85226 | SUN VALLEY MASONRY, INC.:ISC-446-2<br>10828 N. CAVE CREEK ROAD<br>PHOENIX AZ 85020 | PELLA<br>730 W. FAIRMONT DRIVE<br>TEMPE AZ 85282 |
| MACMURRAY PACIFIC<br>568 SEVENTH STREET<br>SAN FRANCISCO CA 94103 | C-3 CUSTOM HOMES, INC.:WPX-156-HARDWARE | PEMKO<br>PO BOX 31001-1250<br>PASADENA CA 91110-1250 |
| MERCURY DELIVERY SERVICES<br>PO BOX 26380<br>TEMPE AZ 85285 | CARROLL, JULIE & BOB:WSC-122/ENTRY | PERSONALIZED PENSIONS, INC<br>7349 VIA PASEO DEL SUR, SUITE 515-435<br>SCOTTSDALE AZ 85258 |

| | | |
|---|---|---|
| METLIFE SMALL BUSINESS CENTER<br>PO BOX 704466<br>KANSAS CITY MO 64180-4466 | WHEELER CONSTRUCTION:060055 - GART SUTTON | PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE KY 40285-6390 |
| MJB WOOD GROUP, INC.<br>222 W. LAS COLINAS BLVD STE.1300<br>IRVING TX 75039 | WASTE MANAGEMENT OF ARIZONA PHOENIX HAULING<br>PO BOX 78251<br>PHOENIX AZ 85062-8251 | PRIME SOURCE, LLC<br>2123 S. PRIEST DRIVE STE. 216<br>TEMPE AZ 85282 |
| MOBILE MINI<br>4010 S. 36TH ST<br>PHOENIX AZ 85040 | WATER WELL<br>710 E UNION HILLS DR. #14A<br>PHOENIX AZ 85024 | QWEST<br>PO BOX 29060<br>PHOENIX AZ 85038-9060 |
| MORRIS VISITOR PUBLICATIONS, LLC<br>PO BOX 933574<br>ATLANTA GA 31193-3574 | WRIGHT BROTHERS GLASS<br>1547 W PARKSIDE LANE<br>PHOENIX AZ 85027 | RENAISSANCE PERSONNEL GROUP, INC.<br>8390 E VIA DE VENTURA, STE. F-200<br>SCOTTSDALE AZ 85258 |
| NEVADA DEPARTMENT OF TAXATION<br>PO BOX 52609<br>PHOENIX AZ 85072 | BERINGER FINE HOMES:WPX-0043/LOT 101 ENTRY-WINE ROOM<br>14976 N 100TH WAY<br>SCOTTSDALE AZ 85260 | RESINART CORPORATION<br>1621 PACENTIA AVE<br>COSTA MESA CA 92627 |
| PACIFIC GAS AND ELECTRIC COMPANY<br>PO BOX 997300<br>SACRAMENTO CA 95899-7300 | BERINGER FINE HOMES:WPX-0060/LOT 85 ENTRY<br>14976 N 100TH WAY<br>SCOTTSDALE AZ 85260 | REYNOLD JOSE CANALES ALMAZAN<br>PRIVADA COLIFLOR #100 CIUDAD SOLIDARIDAD BARRIOR CHAPULTEPEC SU<br>MONTERREY NUEVO LEON 67170 |
| PALO VERDE COMPANIES<br>3335 NORTH 35TH AVE.<br>PHOENIX AZ 85017 | BERINGER FINE HOMES:WPX-0086/LOT 85 INTERIOR PACKAGE<br>14976 N 100TH WAY<br>SCOTTSDALE AZ 85260 | SCATES CONSULTING / MACHINERY INC.<br>5528 NORTH 51ST AVE.<br>GLENDALE AZ 85301 |
| DESIGNER COLOURS, INC.:WLV-132/WEIDNER RESIDENCE<br>7373 PEAK DR STE.230<br>LAS VEGAS NV 89128 | BOLES CUSTOM BUILDERS:WPX-145/POCKET DOORS<br>214 S. WILLSON AVE, UNIT B<br>BOZEMAN MT 59715 | SCHLEGEL SYSTEMS, INC.<br>1555 JEFFERSON ROAD<br>ROCHESTER NY 14692-3197 |
| DESIGNER COLOURS, INC.:WLV-132/WEIDNER RESIDENCE<br>7373 PEAK DR STE.230<br>LAS VEGAS NV 89128 | BORSACK, MARLEAU:WLA-167 GYM DOORS | SCOTTSDALE LOCK & KEY INC.<br>7118 E. SAHUARO DRIVE N STE A<br>SCOTTSDALE AZ 85254 |
| DETZER, AARON<br>5454 E. YUCCA DR<br>SCOTTSDALE AZ 85254 | FEASTER, PHIL:ISC-399-5<br>9106 W. CAMINO DEL ORO<br>PEORIA AZ | SECURE CARE DENTAL<br>PO BOX 29697<br>PHOENIX AZ 85038-9697 |

| | | |
|---|---|---|
| DON ALLEN DEVELOPMENT, INC.:INT-GD001<br>459 N. DEAN ROAD<br>AUBURN AL 36830 | STREBEL CONSTRUCTION:WLV-131/THE RIDGES - DOOR PKG<br>1955 ORCHARD MIST ST.<br>LAS VEGAS NV 89135 | SHERWIN WILLIAMS<br>2133 E. JONES AVE<br>PHOENIX AZ 85040-1470 |
| CATALINA CUSTOM HOMES, INC.:ISC-557-1<br>PO BOX 4531<br>SCOTTSDALE AZ 85261 | SU CASA CONSTRUCTION:ISC-398-6<br>6412 MOJAVE ST. NW<br>ALBUQUERQUE NM 87120 | SIGNORILE, BENNET<br>11108 E. GREENWAY RD<br>SCOTTSDALE AZ 85255 |
| HUELAT, BRUCE & TERRI:ISC-457<br>LOT 114 MYSTIC HILLS<br>SEDONA AZ | SU CASA CONSTRUCTION:ISC-398-8<br>6412 MOJAVE ST. NW<br>ALBUQUERQUE NM 87120 | SMITH MOULDING WHOLESALE<br>515 N. 51ST AVE STE.170<br>PHOENIX AZ 85043 |
| SOLARA LIGHTING LLC<br>142 HOWELL STREET<br>DALLAS TX 75207 | SULLIVAN, LAURA:WLV-178/ KIM NAVE<br>6380 S. VALLEY VIEW BLVD STE.312<br>LAS VEGAS NV 89118 | TAYLOR SCARBOROUGH:HPR-169/HARDWARE |
| SOLVENT RECY-CLEAN<br>1850 W BROADWAY STE. 110<br>PHOENIX AZ 85041 | FINTON CONSTRUCTION:060051 - STEVE DAVIS<br>3186 AIRWAY AVE STE. E<br>COSTA MESA CA 82626 | THAYER, ERNEST:WPR-128/ENTRY |
| SONORAN SECURITY SERVICE, INC.<br>2708 E. JONES AVENUE<br>PHOENIX AZ 85040 | FINTON CONSTRUCTION:060051 - STEVE DAVIS<br>3186 AIRWAY AVE STE. E<br>COSTA MESA CA 82626 | THAYER, ERNEST:WPR-129/INTERIOR |
| SPARKLETTS<br>PO BOX 660579<br>DALLAS TX 75266-0579 | FINTON CONSTRUCTION:060051 - STEVE DAVIS:060051-CO-1<br>3186 AIRWAY AVE STE. E<br>COSTA MESA CA 82626 | TREND HOMES:ISC-171<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| SPELLMAN HARDWOODS<br>4645 N. 43RD AVE.<br>PHOENIX AZ 85031 | FORTE HOMES:ISC-481-1<br>4120 W. KITTY HAWK WAY STE.1<br>CHANDLER AZ 85226 | TREND HOMES:ISC-183<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| TELEPACIFIC COMMUNICATIONS<br>PO BOX 60767<br>LOS ANGELES CA 90060 | FORTE HOMES:ISC-481-2<br>4120 W. KITTY HAWK WAY STE.1<br>CHANDLER AZ 85226 | TREND HOMES:ISC-239<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| THOSE GRINGOS<br>7720 E. REDFIELD ROAD #5<br>SCOTTSDALE AZ 85260 | GEARHEART, DON & SHARRON:ISC-490 | TREND HOMES:ISC-250<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |

| | | |
|---|---|---|
| TIMBER MOUNTAIN HARDWOODS<br>12552 WESTERN AVENUE<br>GARDEN GROVE CA 82841 | GM HUNT BUILDERS & REMODELERS INC.:WSC-165/COLNER RESIDENCE<br>PO BOX 26<br>CAVE CREEK AZ 85327 | TREND HOMES:ISC-250<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| U.S. BUILDER SUPPLY<br>7801 N. LAMAR BLVD. STE. D 101<br>AUSTIN TX 78752 | GOSULE, JOHN & MARY:ISC-465<br>8333 E. GOLDEN SPUR LANE<br>CAREFREE AZ 85377 | TREND HOMES:ISC-272<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| UNIFIRST CROPORATION<br>104 N 14TH STREET<br>PHOENIX AZ 85034 | HARASTA, PHYLLIS:ISC-506<br>1075 E. SANDPIPER DR.<br>TEMPE AZ 85263 | TREND HOMES:ISC-273<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| US INDUSTRIAL FASTENERS, INC.<br>PO BOX 27251<br>TEMPE AZ 85285-7251 | HEATH, RANDY:ILV-479-1<br>1496 N. GEORGETOWN AVE.<br>ST. GEORGE UT | TREND HOMES:ISC-274<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| VALLEY SAW SERVICE, INC<br>712 N. 35TH AVE.<br>PHOENIX AZ 85009 | HEATH, RANDY:ILV-479-2<br>1496 N. GEORGETOWN AVE.<br>ST. GEORGE UT | TREND HOMES:ISC-278<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| VEGAS FREIGHT AND OVERNIGHT<br>2510 E SUNSET RD, UNIT 5-151<br>LAS VEGAS NV 89120 | HENDRICKSON, ALAN & ALICE:ISC-437-1 | TREND HOMES:ISC-279<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| VENABLE, CAMPILLO, LOGAN & MEANEY, P.C.<br>1938 E. OSBORN ROAD<br>PHOENIX AZ 85016 | HENDRICKSON, ALAN & ALICE:ISC-437-2 | TREND HOMES:ISC-280<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| VERIZON<br>PO BOX 9688<br>MISSION HILLS CA 91346-9688 | HENDRICKSON, ALAN & ALICE:ISC-437-3 | TREND HOMES:ISC-281<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| VERIZON WIRELESS<br>PO BOX 9622<br>MISSION HILLS CA 91346-9622 | STREBEL CONSTRUCTION:WLV-130/THE RIDGES – TRIM<br>1955 ORCHARD MIST ST.<br>LAS VEGAS NV 89135 | TREND HOMES:ISC-282<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| CATALINA CUSTOM HOMES, INC.:ISC-557-3<br>PO BOX 4531<br>SCOTTSDALE AZ 85261 | IMPEX FORWARDING AGENCY:ILV-365<br>1270 N INDUSTRIAL PARK STE.D<br>NOGALES AZ 85628 | TREND HOMES:ISC-293<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |

| | | |
|---|---|---|
| CB DEVELOPMENT:WPX-126/LOT 10 SANTA CATALINA<br>PO BOX 14972<br>SCOTTSALE AZ 85267 | IMPEX FORWARDING AGENCY:ILV-431-1<br>1270 N INDUSTRIAL PARK STE.D<br>NOGALES AZ 85628 | TREND HOMES:ISC-303<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| COLOURS, INC.:ILV-455-1<br>7373 PEAK DR STE.230<br>LAS VEGAS NV 89128 | IMPEX FORWARDING AGENCY:ILV-431-2<br>1270 N INDUSTRIAL PARK STE.D<br>NOGALES AZ 85628 | TREND HOMES:ISC-335<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| COLOURS, INC.:ILV-455-2<br>7373 PEAK DR STE.230<br>LAS VEGAS NV 89128 | SHAW, CRAIG:WPX-123/INSTALL<br>13 E OAKWOOD HILLS DR.<br>CHANDLER AZ 85248 | TREND HOMES:ISC-336<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| COLOURS, INC.:ILV-455-3<br>7373 PEAK DR STE.230<br>LAS VEGAS NV 89128 | SMITH, VICKIE:ISC-538-1 THRU 7<br>7471 E ROSE GARDEN LANE<br>SCOTTSDALE AZ 85255 | TREND HOMES:ISC-352<br>890 W. ELLIOT RD. STE. 102<br>GILBERT AZ 85233 |
| COLOURS, INC.:ILV-455-4<br>7373 PEAK DR STE.230<br>LAS VEGAS NV 89128 | SMITH, VICKIE:ISC-538-10<br>7471 E ROSE GARDEN LANE<br>SCOTTSDALE AZ 85255 | BOSCO, AMANDA:ISC-485<br>6120 E. CABALLO LANE<br>PARADISE VALLEY AZ 85253 |
| COLOURS, INC.:ILV-455-5<br>7373 PEAK DR STE.230<br>LAS VEGAS NV 89128 | SMITH, VICKIE:ISC-538-8<br>7471 E ROSE GARDEN LANE<br>SCOTTSDALE AZ 85255 | BOWERS, SHIRLEY AND BILL:WSC-196/BOWER RESIDENCE<br>2014 MAIN STREET<br>KINGMAN AZ 86401 |
| COOKE, STEVE & NANCY:ISC-554<br>4348 N. PINNACLE RIDGE CIRCLE<br>MESA AZ 85207 | SMITH, VICKIE:ISC-538-9<br>7471 E ROSE GARDEN LANE<br>SCOTTSDALE AZ 85255 | BRUNETTI, GREG:ISC-482<br>11300 E. CARIBBEAN LANE<br>SCOTTSDALE AZ 85255 |
| DOOR DECOR:INT-520<br>67 MINE BROOK RD<br>BERNARDSVILLE NJ 07924 | SOJKA, JOE:ILA-464<br>2461 W. 208TH STREET, SUITE 201<br>TORRANCE CA 90501 | BUNNING, SCOTT:060035 - BUNNING:RP-060035:RP-060035-1<br>28493 SELFRIDGE DRIVE<br>MALIBU CA 90272 |
| DOOR DECOR:INT-520<br>67 MINE BROOK RD<br>BERNARDSVILLE NJ 07924 | SOLEIDO, INC.:ISC-478-2<br>P.O. BOX 14552<br>SCOTTSDALE AZ 85267 | C-3 CUSTOM HOMES, INC.:WPX-155/PEBBLE RIDGE<br>3518 N 32ND STREET<br>PHOENIX AZ 85018 |
| DOOR DECOR:INT-520-1<br>67 MINE BROOK RD<br>BERNARDSVILLE NJ 07924 | SOLEIDO, INC.:ISC-478-3<br>P.O. BOX 14552<br>SCOTTSDALE AZ 85267 | CREATIVE CUSTOM HOMES:WPX-182/PONTE VECCHIO TRIM<br>871 CORONADO CENTER DRIVE #200<br>HENDERSON NV 89052 |

| | | |
|---|---|---|
| ELEGANCIA DEVELOPMENT, INC.:WPX-0097/LOT 57/ELEGANCIA<br>7248 E. RUSTLING PASS<br>SCOTTSDALE AZ 85255 | SOLEIDO, INC.:ISC-478-4<br>P.O. BOX 14552<br>SCOTTSDALE AZ 85267 | DE BEER, KARIN:IMV-528<br>109 SUND AVE<br>LOS GATOS AZ 95030 |
| ELEGANCIA DEVELOPMENT, INC.:WPX-134/LOT 57 ESTANCIA/HARDWARE #1<br>7248 E. RUSTLING PASS<br>SCOTTSDALE AZ 85255 | STADLER CUSTOM HOMES:INT-536<br>12117 BEE CAVES ROAD, STE.280<br>AUSTIN TX 78738 | DESERT COVE CONSTRUCTION:2817SHR<br>8332 E. APPALOOSA TRAIL<br>SCOTTSDALE AZ 85258 |
| ELEGANCIA DEVELOPMENT, INC.:WPX-134/LOT 57 ESTANCIA/HARDWARE #2<br>7248 E. RUSTLING PASS<br>SCOTTSDALE AZ 85255 | STADLER CUSTOM HOMES:INT-537<br>12117 BEE CAVES ROAD, STE.280<br>AUSTIN TX 78738 | STAIRS, ELIZABETH:ISC-530<br>9799 N. 130TH ST.<br>SCOTTSDALE AZ 85259 |
| ELEGANCIA DEVELOPMENT, INC.:WPX-136/LOT 57 ESTANCIA/CASING<br>7248 E. RUSTLING PASS<br>SCOTTSDALE AZ 85255 | STADLER CUSTOM HOMES:WAU-181/INTERIOR DOOR PKG<br>12117 BEE CAVES ROAD, STE.280<br>AUSTIN TX 78738 | STELZLE, SCOTT:WPX-138/DUTCH DOOR<br>1795 LAS TABLAS<br>TEMPLETON CA 93465 |
| ELWOOD ENNS:WPR-110/MATHARU RESIDENCE | STAIRS, ELIZABETH:ISC-523<br>9799 N. 130TH ST.<br>SCOTTSDALE AZ 85259 | STEPHEN JONES DESIGN AND CONSTRUCTION:INT-477<br>45-445 PORTOLA AVE STE.7<br>PALM DESERT AZ 92260 |
| ENLOE, MARGARET:IPR-461<br>1680 SANTA RITA RD<br>TEMPLETON CA 93465 | DARNALL, JENNIFER:WPX-147/DARNELL RESIDENCE<br>640 FOREST AVENUE<br>GLEN ELLYN IL 60137 | |
| FAUTT HOMES:WPR-189/ LOT 6<br>3201 DANVILLE BLVD. STE.270<br>ALAMO CA 94507 | DAVID A TURNER HOMES:060010 – DESTEFANI<br>1620 MILL ROCK WAY, #200<br>BAKERSFIELD CA 93311 | |