Robert J. Berens (No. 012056)
David A. Joffe (No. 005726) (of counsel)
**MANN, BERENS & WISNER, LLP**
3300 N. Central Avenue, Suite 2400
Phoenix, Arizona 85012
Telephone: (602) 258-6200
Facsimile: (602) 258-6212
E-mail: rberens@mbwlaw.com
djoffe@mbwlaw.com

Attorneys for Portella Manufacturing., L.L.C.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

PORTELLA MANUFACTURING., L.L.C.,

Debtor.

Case No. 2:07-bk-05055-CGC

Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

D=Disputed C=Contingent U=Unliquidated Put an "X" in the column that most closely applies to each debt.

| Creditors Name & Address including Zip Code | Name, Telephone Number & Address of employee, agent, a department of creditor familiar with claim who may be contacted | Nature of Claim | D "X" | C "X" | U "X" | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | | | |
| Intermex Manufacturing De Chihuanhua | De Chihuahua, S.A. DE C.V. RFC. IMC-98091 614-4394020 | | | | | $236,228.37 |
| Spellman Hardwoods | 4645 N. 43rd Avenue Phoenix, AZ 85031 602-272-2313 | | | | | $207,510.14 |
| American Express | P.O. Box 650448 Dallas, TX 75265-0448 800-678-0745 | | | | | $201,109.41 |
| David Turner Homes/Destefani | 1620 Mill Rock Way #200, Bakersfield, CA 93311 661-834-6302 | | | | | $83,426.00 |
| Merlin Contracting | 6408 Arville Street | | | | | $80,871.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Las Vegas, NV 89118<br>702-307-1033 | | | | | |
| Gart Sutton/Wheeler Construction | 3365 E. Miraloma Avenue #207, Anaheim, CA<br>714-572-1000 | | | | | $70,701.07 |
| Trend Homes | 890 W. Elliot Road, Suite 102, Gilbert, AZ 85233<br>480-821-8000 | | | | | $69,962.20 |
| JML Construction | 17038 W. Bridlington Lane, Surprise, AZ 85374<br>623-546-9450 | | | | | $52,738.85 |
| Modern Builders | 760-578-4967 | | | | | $51,749.11 |
| Vicki Smith | 7471 E. Rose Garden Lane, Scottsdale, AZ 85255<br>480-344-7025 | | | | | $50,358.92 |
| Intuitive | P.O. Box 673720<br>Detroit, MI 48267-3720<br>317-249-1200 | | | | | $43,329.04 |
| Timber Mountain Hardwoods | 12552 Western Avenue Garden Grove, CA 92841<br>602-455-6645 | | | | | $39,496.81 |
| Designer Coulors Inc | 7373 Peak Drive, Suite 230, Las Vegas, NV 89128<br>702-233-1333 | | | | | $39,026.23 |
| Elwood Ens | 559-246-4499 | | | | | $33,297.41 |
| Elegancia Development | 7248 E. Rustling Pass Scottsdale, AZ 85255<br>480-695-7571 | | | | | $33,228.03 |
| Finton Construction/Steve Davis | 3186 Airway Ave.,Ste. E Costa Mesa, CA 92626<br>714-545-2596 | | | | | $32,792.19 |
| Sherwin Williams | 2133 E. Jones Avenue Phoenix, AZ 85040-1470<br>877-287-4225 | | | | | $25,028.27 |
| AZ North | 2410 E. Route 66 Flagstaff, AZ 86004<br>928-853-3639 | | | | | $22,532.82 |
| Hager Companies | 139 Victor Street St. Louis, MI 63104<br>314-772-4400 | | | | | $22,499.45 |
| GM Hunt | P.O. Box 26<br>Cave Creek, AZ 85327<br>602-264-1912 | | | | | $21,436.91 |
| **Total Amount of Claims:** | | | | | | $1,417,321.80 |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Dawn Bonnell, declare under penalty of perjury that the above information is true and correct to the best of my knowledge, information and belief.

Dated: October 5th, 2007

Dawn Bonnell, Accounting Manager