# EXHIBIT "B"

```
                     ***  I N V O I C E   ***

            RECEIVED   SPECIALTY ROOFING, INC.                    PAGE:    1
               CPI     8200 N. 75TH AVE.
                       PEORIA, ARIZONA
            MAR 17 2008     85345                   INVOICE: 134557
                       (623)979-4885                   DATE: 03/11/08

SOLD TO: 09001                   SUBDIVISION: 0008
         COMMERCIAL T/I & REPAIR              2008 TI/REPAIR JOBS
         COMMERCIAL PROPERTIES
         2323 W UNIVERSITY DRIVE              ARIZONA
         TEMPE, AZ 85281
                                              JOB: 080670
-----------------------------------------------------------------------------
   DATE     LOT                  UNITS      TOTAL DUE     RETENTION  BALANCE DUE
-----------------------------------------------------------------------------


03/11/08         PLAN:   ELEV:              1,361.00          .00     1,361.00

    SITE: PORTELLA, 21430 N 15TH LANE SUITE 126; PHOENIX AZ
    ATTN: GABRIELLA, COMMERCIAL PROPERTIES, 480-214-1106
    REF:  AUTHORIZED SRI PROPOSAL BY ANN ODDO 3/5/08

                                            ------------  -----------  -----------
INVOICE TOTALS......................         1,361.00          .00
         BALANCE DUE..................................................  1,361.00
```

| Property # 21415 | | Signage to Tenant | | Staff | |
|---|---|---|---|---|---|
| Proj. Mgmt Fee | Yes | No | | | |
| Acct# | $ | | Acct# | | $ |
| Acct# 48145 | $ 1361.00 | | Acct# | | $ |
| Acct# | $ | | Acct# | | $ |
| Acct# | $ | | Acct# | | $ |
| Approved | Date | | Return Check to Mgr | | |
| Comments: 21430/126 - REROOFED OPEN AREAS | | | | | |



# Invoice

| Date | Invoice # |
|---|---|
| 4/11/2008 | 7973 |

2445 W. 12th Street, Suite 4
Tempe, AZ 85281
Phone 480-464-2563
Fax 480-968-3130

| Bill To | Ship To |
|---|---|
| Commercial Properties Inc.<br>2323 W. University Dr.<br>Tempe, AZ 85281 | Portella<br>21430 N. 15th Ln<br>Phoenix, AZ |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 4 | Replace sump pump in truck well. Cleaned wood debris out of pump well and then pumped water out. | 65.00 | 260.00T |
| 1 | 1/3 H.P Sump Pump | 274.65 | 274.65T |
| 1.5 | Install electrical connection for new sump pump | 45.00 | 67.50T |

Thank you for your promp payment. All acounts past due will be charge interest at a rate of 1.6% per month

| | |
|---|---|
| **Subtotal** | $602.15 |
| **Sales Tax (5.33%)** | $32.09 |
| **Balance Due** | $634.24 |



# Invoice

| Date | Invoice # |
|---|---|
| 4/11/2008 | 7972 |

2445 W. 12th Street, Suite 4
Tempe, AZ 85281
Phone 480-464-2563
Fax 480-968-3130

| Bill To | Ship To |
|---|---|
| Commercial Properties Inc.<br>2323 W. University Dr.<br>Tempe, AZ 85281 | 21430 N. 15th Ln.<br>Phx<br>Old Portella Suite |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Remove all electrical feeds that have been dropped from the ceiling of the warehouse down to the ground with unistrut supports.<br>Scope of work:<br>Remove all conduit, wire, unistrut supports, plywood back board etc, that have been installed for electrical drops.<br>The circuits will be J-boxed and left up high at the ceiling of the warehouse.<br>Bolts into the concrete floor will be cut off at the floor height as to no pose a tripping hazard.<br>Remove one hard pipe air drop<br>Remove 5 soft air drops<br>Remove approx 20 electrical cord drops with outlets.<br>Approx 54 conduit drops to remove from the ceiling<br>Remove conduit and wire that has been left on the wall due to equipment being removed. | 3,472.00 | 3,472.00T |

Thank you for your promp payment. All acounts past due will be charge interest at a rate of 1.6% per month

| | |
|---|---|
| **Subtotal** | $3,472.00 |
| **Sales Tax (5.33%)** | $185.06 |
| **Balance Due** | $3,657.06 |

# Common Area Cleaning, Inc.

135 W. McDowell Rd.
Phoenix, AZ 85003
602-957-1677
Fax (602) 957-9713

RECEIVED CPI
MAR 17 2008

# Invoice

| BILL TO | PROPERTY NAME AND LOCATION |
|---|---|
| Commercial Properties, Inc.<br>2323 W. University Dr.<br>Tempe, AZ 85281 | COP Deer Valley<br>21430 N. 15th Ln., #120<br>Phoenix, AZ<br>Per Gabriela |

| DATE | INVOICE NO. | TERMS | DUE DATE | JOB NUMBER |
|---|---|---|---|---|
| 2/27/2008 | 13479 | Net 15 | 3/13/2008 | |

| SERVICE DATE | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3/9/2008 | Clean out of the truck well behind suite 120 that was full of sawdust and other debris. | 30.00 | 30.00 |

Property # 201-005  Charge to Tenant:  Sie#
Proj. Mgmt. Fee   Yes   No
Acct#          $       Acct#    $
Acct# 48145   $ 30.00  Acct#    $
Acct#          $       Acct#    $
Acct#          $       Acct#    $
Approved GS   Date    Return Check to Mgr.
Comments: 21430/120  CLEAN OUT TRUCK WELL

**Total** $30.00



# Invoice

| Date | Invoice # |
|---|---|
| 4/11/2008 | 7974 |

2445 W. 12th Street, Suite 4
Tempe, AZ 85281
Phone 480-464-2563
Fax 480-968-3130

| Bill To | Ship To |
|---|---|
| Commercial Properties Inc.<br>2323 W. University Dr.<br>Tempe, AZ 85281 | Portella<br>21430 N. 15th Ln<br>Phoenix, AZ |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Prep and Paint warehouse walls and office area<br>Repair drywall holes, repair damaged corner bead around paint room doorway.<br>Paint warehouse metal man doors<br>Bathrooms both in warehouse and office areas are to be painted<br>Remove dry pencil boards, paper trays etc, and patch office walls<br>Stained trim and doors are to be masked and protected. They are not to be painted.<br>All existing painted areas in the warehouse are to be repainted and the non painted areas are to remain unpainted.<br>Any unpainted drywall areas that have holes will be patched.<br>Dunn Edwards Paint is to be used. | 13,593.00 | 13,593.00T |

Thank you for your promp payment. All acounts past due will be charge interest at a rate of 1.6% per month

| | |
|---|---|
| **Subtotal** | $13,593.00 |
| **Sales Tax (5.33%)** | $724.51 |
| **Balance Due** | $14,317.51 |



# Invoice

| Date | Invoice # |
|---|---|
| 3/28/2008 | 7950 |

2445 W. 12th Street, Suite 4
Tempe, AZ 85281
Phone 480-464-2563
Fax 480-968-3130

| P.O. No. | Terms |
|---|---|
|  |  |

| Bill To | Ship To |
|---|---|
| Commercial Properties Inc.<br>2323 W. University Dr.<br>Tempe, AZ 85281 | Portella<br>21430 N. 15th Ln<br>Phoenix, AZ |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Filled in concrete hole approx 4' x 4' in tilt up panel. Also filled in small baseball size holes.<br>Mesa Sales Tax | 1,500.00<br>5.33% | 1,500.00T<br>79.95 |

Property # 301-005  charge to tenant.   Ste#
Proj. Mgmt. Fee    Yes    No
Acct#       $        Acct#      $
Acct# 48145  $1579.95  Acct#   $
Acct#       $        Acct#      $
Acct#       $        Acct#      $
Approved    Date    Return Check to Mgr.
Comments: Portella - Fill concrete holes

| | Total | $1,579.95 |
|---|---|---|
| | Balance Due | $1,579.95 |

# LIBERTY Cooling & Heating, Inc.

4825 South 32nd Street
Phoenix, AZ 85040-2808
(602) 470-9950 Office
(602) 307-0200 Fax


"Where Quality is Free"

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/11/2008 | 9675 |

| BILL TO |
|---|
| Commercial Properties<br>2323 W University Dr<br>Tempe, AZ 85281 |

| JOB NAME/LOCATION |
|---|
| 21430 N 15TH LANE<br>SUITE 120<br>PHOENIX AZ<br>MARICOPA |

ROC118348
ROC118347

| P.O. No. | TERMS | Work Ordered By |
|---|---|---|
|  | Net 30 |  |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SERVICED 8 EVAPORATIVE COOLERS AND 4 A/C UNITS |  |  |  |
| REPLACED 6 - 16X25X2 FILTERS |  | 48.00 | 48.00 |
| REPLACED 2 - 12X20X1 FILTERS |  | 5.00 | 5.00 |
| REPLACED 8 - A75 BELTS |  | 160.00 | 160.00 |
| REPLACED 2 - 1/4 HP 460 VOLT CONDENSER FAN MOTORS | 2 | 306.00 | 612.00 |
| 11 HOURS OF LABOR | 11 | 55.00 | 605.00 |
| TAX |  | 68.48 | 68.48 |
| DG |  |  |  |

**TOTAL** $1,498.48

**TERMS: ANY INVOICE UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A 2% ADDITIONAL CHARGE FROM DATE OF SERVICE.**

IF THIS ACCOUNT HAS TO BE REFERRED TO A COLLECTION AGENCY, YOU WILL BE HELD RESPONSIBLE
FOR ATTORNEY FEES, COURT FEES AND COLLECTION COSTS NOT TO EXCEED 25%.