# EXHIBIT "C"



# GREAT AMERICAN GROUP®

## Release Agreement

Ann Oddo
Commercial Properties, Inc
2323 W. University Drive
Tempe, AZ 85281

Re: Portella Manufacturing
    21430 N. 15th Lane #116
    Phoenix, AZ

Great American Group agrees to vacate premises located at 21430 N. 15th Lane, #116, Phoenix, AZ on 2-29- 2008. Great American has left the premises in a broom-clean condition, with no damages to the facility resulting from removal of the machinery and personal property. — except rear ext light

Representative from Commercial Properties Inc. has inspected the premises and releases Great American from any further responsibility of the premises.

Signed:

Date: 2-29-08

_____
Commercial Properties, Inc.

_____
Zenaido Zermeno
Great American Group

CORPORATE HEADQUARTERS
6330 Variel Avenue, Suite 100
Woodland Hills, CA 91367
(818) 884-3737 • Fax (818) 884-2976

LOS ANGELES ■ CHICAGO ■ BOSTON ■ NEW YORK ■ ATLANTA ■ PHILADELPHIA